Anne Kramer (SBN 315131)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
akramer@llrlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNETTE WADE, individually and on behalf of similarly situated individuals, <br><br> Plaintiff <br><br> v. <br><br> WESTCOAST UNDERCOVER, INC. d/b/a 4PLAY GENTLEMAN'S CLUB, and FRANK GRUNDEL, <br><br> Defendants. | Case No. 20-cv-5029 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby submits her notice of voluntary dismissal of the case without prejudice.

1

Dated: July 15, 2020

Respectfully submitted,

ANNETTE WADE, individually and on behalf of similarly situated individuals

By her attorney,

/s/ Anne Kramer
Anne Kramer (SBN 315131)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
akramer@llrlaw.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Anne Kramer, hereby certify that on this 15th day of July, 2020, I filed the forgoing *Notice of Voluntary Dismissal* with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/ Anne Kramer
Anne Kramer